```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BILLY L. ROSE,                  :    CONSOLIDATED UNDER
ET AL.,                         :    MDL 875
                                :
     Plaintiffs,                :
                                :
                                :
     v.                         :
                                :
                                :
A-C PRODUCT LIABILITY TRUST,    :    E.D. PA CIVIL ACTION NO.
ET AL.,                         :    2:11-30945-ER
                                :
     Defendants.                :
```

**O R D E R**

**AND NOW**, this **28th** day of **September, 2015**, upon consideration of Defendants' Motion for Summary Judgment (Judicial Estoppel) (ECF No. 89), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

    (1)  The motion is **DENIED** as to the arguments related to judicial estoppel; and

    (2)  The motion is **DENIED** as to the arguments related to the real party in interest/standing.

**AND IT IS SO ORDERED.**

s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**